IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. No. CR 06 90 ML |
| | ) In Violation of 18 U.S.C.§§ |
| | ) 152(1) and 152(2). |
| RICHARD M. CECCA | ) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT I**

1. On or about September 21, 2001, in the District of Rhode Island, the defendant, RICHARD M. CECCA, did knowingly and fraudulently make a false oath and account in and in relation to a case under United States Code, Title 11, to wit: at a Meeting of Creditors in Bankruptcy Case #07-01-13355, he did falsely state that RGM, LLC, a Rhode Island Limited Liability Corporation ("RGM"), did not have any assets as of September 21, 2001, when in fact RGM owned, among other things, the following real estate: 12 Halton Street, Providence, Rhode Island; 63 Wendell Street, Providence, Rhode Island; 208 Admiral Street, Providence, Rhode Island; and 14 Hare Street, West Warwick, Rhode Island.

All in violation of 18 U.S.C. § 152(2).

**COUNT II**

2. On or about September 21, 2001, in the District of Rhode Island, the defendant, RICHARD M. CECCA, did knowingly and fraudulently make a false oath and account in and in relation to a case under United States Code, Title 11, to wit: at a Meeting of Creditors in Bankruptcy Case #07-01-13355, he did falsely state that Nu-Future Investment Corporation, a Massachusetts Corporation doing business in Rhode Island under the fictitious name, Domani Corporation ("Nu-Future"), did not own any property as of September 21, 2001, when in fact Nu-Future owned, among other things, the following real estate: 26 Inkerman Street, Providence, Rhode Island.

All in violation of 18 U.S.C. § 152(2).

**COUNT III**

3. On or about August 30, 2001, in the District of Rhode Island, the defendant, RICHARD M. CECCA, did knowingly and fraudulently conceal, in connection with a case under United States Code, Title 11, from creditors and the United States Trustee, property belonging to the estate of the debtor, to wit: in Bankruptcy Case #07-01-13355, the defendant did falsely state in RICHARD M. CECCA's Voluntary Petition, on Schedule B, line 12, that the market value of the defendant's interest in Nu-Future Investment Corporation, a Massachusetts Corporation doing

business in Rhode Island under the fictitious name, Domani Corporation ("Nu-Future") was zero ("0.00") dollars when in fact, the defendant, RICHARD M. CECCA, owned an interest in Nu-Future, which owned real estate located at 132 Laban Street, Providence, Rhode Island, which was sold for $115,000, more or less, on or about September 17, 2001.

All in violation of 18 U.S.C. § 152(1).

**COUNT IV**

4. On or about August 30, 2001, in the District of Rhode Island, the defendant, RICHARD M. CECCA, did knowingly and fraudulently conceal, in connection with a case under United States Code, Title 11, from creditors and the United States Trustee, property belonging to the estate of the debtor to wit: in Bankruptcy Case #07-01-13355, the defendant, did omit, in RICHARD M. CECCA's Voluntary Petition, on Schedule B, line 12, that he owned an interest in Bos-Ten, LLC, a Rhode Island Limited Liability Corporation ("Bos-Ten"), and that Bos-Ten owned real estate located at 110 Bowdoin Street, Providence, Rhode Island; 17 Erastus Street, Providence, Rhode Island; 133 Early Street, Providence, Rhode Island; and One Mill Pond Road, North Kingstown, Rhode Island.

All in violation of 18 U.S.C. § 152(1).

## COUNT V

5. On or about September 21, 2001, in the District of Rhode Island, the defendant, RICHARD M. CECCA, did knowingly and fraudulently make a false oath and account in and in relation to a case under United States Code, Title 11, to wit: at a Meeting of Creditors in Bankruptcy Case #07-01-13355, he did falsely state that he did not have "any ownership interest in any property, real property, within the last four years", when in fact, he had an interest in RGM, LLC, a Rhode Island Limited Liability Corporation ("RGM"), which on September 14, 2001, sold property located at 190-192 Narragansett Avenue, Providence, Rhode Island, for $125,000, more or less.

All in violation of 18 U.S.C. § 152(2).

## COUNT VI

6. On or about September 21, 2001, in the District of Rhode Island, the defendant, RICHARD M. CECCA, did knowingly and fraudulently make a false oath and account in and in relation to a case under United States Code, Title 11, to wit: at a Meeting of Creditors in Bankruptcy Case #07-01-13355, he did falsely state that RGM, LLC, a Rhode Island Limited Liability Corporation ("RGM"), did not have any assets as of September 21, 2001, when in fact RGM owned, among other things, certain monies due it, and all the right, title and interest in certain mortgages and

promissory notes in the amounts listed below and secured by the following properties: $14,400, plus interest, more or less, secured by 78-80 Ayrault Street, Providence, Rhode Island; $13,350, plus interest, more or less, secured by 507-09 Chalkstone Avenue, Providence, Rhode Island; $9,000 plus interest, more or less, secured by 150 Chapin Street, Providence, Rhode Island; $9,000, plus interest, more or less, secured by 70 Curtis Street, Providence, Rhode Island; $14,400 plus interest, more or less, secured by 183 Harold Street, Providence, Rhode Island; $13,500, plus interest, more or less, secured by 37 Laban Street, Providence, Rhode Island; $21,000, plus interest, more or less, secured by 115 Laurel Hill Avenue, Providence, Rhode Island; $17,400, plus interest, more or less, secured by 165-67 River Avenue, Providence, Rhode Island; $8,000 plus interest, more or less, secured by 28 Vandewater Street, Providence, Rhode

Island; and $17,400, plus interest, more or less, secured by 107 Webster Avenue, Providence, Rhode Island.

All in violation of 18 U.S.C. § 152(2).

A TRUE BILL:

REDACTED

GRAND JURY FOREPERSON

ROBERT CLARK CORRENTE
United States Attorney

KENNETH P. MADDEN
First Assistant U.S. Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

Date: 8/2/06