AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Richard Cecca

APPEARANCE

CASE NUMBER: CR 06-90ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RICHARD CECCA

I certify that I am admitted to practice in this court.

8/4/06

*Date*

*Signature*

EDWARD LAWSON 517

*Print Name* *Bar Number*

260 LONSDALE AV

*Address*

PAWT RI 02860

*City* *State* *Zip Code*

401 725 1810

*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.