# NOTICE OF LIEN

OWNER OF RECORD Cecca Family Realty Partnership

UNITED STATES OF AMERICA

vs.

Richard Cecca
(Name of Defendant)

CRIMINAL NO. CR 06-90ML

TO: CITY/TOWN CLERK

TOWN OF:

Plymouth, MA

RE:

REDACTED

NOTICE IS HEREBY GIVEN OF AN ACTION IN THE ABOVE-ENTITLED CASE INVOLVING TITLE TO THE FOLLOWING DESCRIBED PROPERTY. VALUED IN THE AMOUNT OF $ 300,000.00. AMOUNT OF LIEN: 75,000.00.

THE DEFENDANT IN THE ABOVE-ENTITLED ACTION HAS BEEN ORDERED BY THIS COURT TO FILE THIS NOTICE OF LIEN ON PLAT NO. 1, LOT NO. 148 NOTICE OF LIEN IS HEREBY GIVEN.

REDACTED

UNITED STATES CLERK OF COURT

CITY/TOWN CLERK'S OFFICE

ASSENT;

asst. UNITED STATES ATTORNEY

filed W/C 14197

A true copy of document filed in Plymouth District of the Land Court on Aug 9, 2006 at 9:42AM as Document No. 609680
Attest: John R Buckley Jr.
Assistant Recorder