1199468

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

RICHARD CECCA

**WARRANT FOR ARREST**

CASE NUMBER: CR 06-90ML

RECEIVED

AUG 02 2006

US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RICHARD CECCA
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BANKRUPTCY FRAUD

in violation of
Title 18 United States Code, Section(s) 152

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Martha Saucier
Signature of Issuing Officer

August 2, 2006, Providence RI
Date and Location

Bail fixed at
$ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Plymouth, MA by FBI | | |
| DATE RECEIVED 08/02/2006<br>DATE OF ARREST 08/03/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER Cal Wyant |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.