**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs Cr. No. 06-90-ML

RICHARD M. CECCA

**MOTION TO RELEASE BOND ON REAL ESTATE**

Now comes the defendant in the above captioned action who states as follows:

1. On or about August 9, 2006, the defendant was indicted on six counts and, after appearing before U. S. Magistrate Lincoln Almond, the defendant was released pursuant to an Order of this Court dated August 9, 2006 (Exhibit 1).

2. Said release was conditioned upon the defendant agreeing to said Order of Release which, among other terms and conditions, required that the defendant execute a bond in the amount of $75,000.00 with full surety and with a notice of lien in that amount on a certain parcel of unencumbered real estate with a value of $300,000.00 located at 18 Beach Street, Plymouth, Massachusetts that was owned by the Cecca Family Realty Partnership.

3. Defendant executed said Bond (Exhibit 2) and on or about August 9, 2006, a Notice of Lien was filed with the Plymouth District of the Land Court, in Plymouth, Massachusetts (Exhibit 3).

4. Subsequent to a plea agreement executed on or about September 28, 2006, defendant entered a plea with this Court on or about October 18, 2006.

5. On or about February 2, 2007, this Court accepted the plea of the defendant and sentenced the defendant on the above referenced six counts to the Bureau of Prisons for a period of eight months and subsequent thereto to supervised release for an additional three years as per the attached Judgment (Exhibit 4).

6. Pursuant to said Judgment, defendant surrendered himself to the Bureau of Prisons on March 30, 2007. Defendant served said sentence and was released by the Bureau of Prisons on or about October 14, 2007 into a work release program in Boston, Massachusetts, and commenced his three years of supervised release, the first eight months of which consists of home confinement.

7. Defendant, by and through counsel, states that he has complied with all the terms and conditions of said Bond and accordingly, there no longer exists a reason to continue the lien presently encumbering said parcel of realty in the Town of Plymouth, Massachusetts.

Granted. Mary M. Lisi USDJ 3/4/08

WHEREFORE, the defendant Richard Cecca respectfully requests that this honorable Court order the release of said lien on said realty forthwith, and for such other relief as this court deems fair.

For the defendant
By his attorney:

Edward G. Lawson #0517
260 Lonsdale Avenue
Pawtucket, RI 02860
401 725 1810
401 725 2244 fax

**Certification**

I certify that I mailed a copy of the within to Richard W. Rose, Esq., Assistant U. S. Attorney, U. S. Department of Justice, United States Attorney, District of Rhode Island, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 and to the Office of the Probation Officer, 2 Exchange Terrace, 3rd Fl., Providence, RI 02903 on the 29 day of February, 2008.