**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs Cr. No. 06-90-ML

RICHARD M. CECCA

**ORDER TO RELEASE BOND AND NOTICE OF LIEN**

Defendant's motion to release a certain Surety Bond with a Notice of Lien filed on August 9, 2006, with the Plymouth District of the Land Court, in Plymouth Massachusetts on real property located at 18 Beach Street, Plymouth, Massachusetts, and recorded as Document No. 609680 is hereby granted, and accordingly, said Surety Bond is hereby cancelled and said recorded Notice of Lien is hereby released.

ENTER:

Mary M. Lisi
MARY M. LISI
Chief, U. S. District Court Judge

Date: May 6, 2008

PER ORDER:

Barbara Barletta
Clerk

Presented by:
Attorney for the defendant:

Edward G. Lawson #0517
260 Lonsdale Avenue
Pawtucket, RI 02860
401 725 1810
401 725 2244 fax