F.L

| PROB.22 (Rev. 2/88) **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER (Tran. Court) Docket No. 1:06CR00090-001 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) 08 CR 10190 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Richard Cecca<br>Plymouth, Massachusetts | DISTRICT<br>Rhode Island | | DIVISION<br>Providence |
| | NAME OF SENTENCING JUDGE<br>Honorable Mary M. Lisi<br>Chief U.S. District Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM:<br>November 21, 2007 | TO:<br>November 20, 2010 |

OFFENSE

Four Counts of Knowingly and Fraudulently Making a False Oath in Relation to a Bankruptcy Proceeding and Two Counts of Knowingly and Fraudulently Making Concealing Property Belonging to the Estate of a Debtor in a Bankruptcy Proceeding

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

June 12, 2008 — *Date*

Mary M. Lisi — *Mary M. Lisi*
*Chief United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN 25 2008 — *Date*

[signature]
United States District Judge

I hereby certify on 7/16/08 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☒ original filed in my office on
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By: ______
Deputy Clerk